### 10986.   GARMON v. THE STATE.

LUKE, J. 1. "Since the law does not give to the accused in a criminal case any right to make a second statement to the court and jury, a refusal to allow such privilege is not cause for a new trial, even where

the State, after the accused made his statement, introduced additional evidence strengthening its case." *Knox* v. *State,* 112 *Ga.* 373 (37 S. E. 416); *Sharp* v. *State,* 111 *Ga.* 176 (1) (36 S. E. 633); *Jones* v. *State,* 12 *Ga. App.* 133 (2) (76 S. E. 1070).

2. The charge of the court, when read in its entirety, was full and fair.

3. The evidence in this case was sufficient to authorize the verdict of guilty.

    *Judgment affirmed.* *Broyles, C. J., and Bloodworth, J., concur.*

              DECIDED DECEMBER 11, 1919.

Indictment for larceny of automobile; from Floyd superior court —Judge Wright. October 3, 1919.

*W. B. Mebane,* for plaintiff in error.

*C. H. Porter, solicitor-general,* contra.

